# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:13-cr-00354-LJO-SKO |
| Plaintiff, ) | |
| ) | **ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE** |
| vs. ) | |
| JULIO CESAR RIVERA, ) | |
| Defendant. ) | |

Having considered the parties' stipulation, the status conference hearing currently set for January 21, 2014, is continued to **April 21, 2014, at 1:00 p.m**. Time shall be excluded for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: __**January 16, 2014**__          __/s/ Sheila K. Oberto__
                                        UNITED STATES MAGISTRATE JUDGE

ORDER TO CONTINUE STATUS
CONFERENCE 13CR00354-01
*USA v Julio Cesar Rivera*
  - 1