BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00354-LJO-SKO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING DATE; FINDINGS AND ORDER |
| JULIO CESAR RIVERA, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record Michael S. Frye, and defendant, by and through his counsel of record Michael R. McDonnoll, hereby stipulate to continue Status Conference in this matter, currently set for April 21, 2014, to June 16, 2014.  This is a joint request that will allow the Government to provide additional discovery relating to a wiretap and to provide information concerning currently uncharged conduct on the part of the Defendant.   The parties continue to engage in settlement discussions and believe it likely that by June 16, 2014, they will be in a position to either set a trial date or set the matter for a plea.

The parties stipulate to excludable time to June 16, 2014, and agree that the proposed continuance will allow a reasonable time for review of new materials and resolution of this matter.

1

The parties request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  April 8, 2013         Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Michael S. Frye
                              MICHAEL S. FRYE
                              Assistant United States Attorney
DATED:  April 8, 2013

                              /s/ Michael R. McDonnell
                              MICHAEL R. McDONNELL
                              Counsel for Defendant


**O R D E R**

The parties' stipulated request for a continuance of the status conference date is GRANTED to allow the parties additional time to achieve a mutually agreeable resolution of this matter.  Should the parties reach an agreement that resolves the case, they shall schedule the matter for a change of plea hearing before United States District Judge Lawrence J. O'Neill.  If the parties are unable to reach an agreement that resolves this matter prior to the next status conference date of June 16, 2014, they shall be prepared to select a mutually acceptable trial date before United States District Judge Lawrence J. O'Neill.

///

///

///

2

The court further finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **April 11, 2014**                              /s/ Sheila K. Oberto
                                                                            UNITED STATES MAGISTRATE JUDGE