BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:13-CR-00354-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING DATE; FINDINGS AND ORDER |
| JULIO CESAR RIVERA, | |
| Defendant. | |

**STIPULATION RE: CONTINUANCE**

Plaintiff United States of America, by and through its counsel of record Michael S. Frye, and defendant, by and through his counsel of record Michael R. McDonnoll, hereby stipulate to continue Status Conference in this matter, currently set for June 16, 2014, to August 18, 2014.  This continuance is necessary to allow the government to determine whether additional charges will be sought against the defendant.  During the course of investigating the narcotics-oriented charges in this matter, agents became aware of additional conduct by the defendant and have conducted follow-up investigation into these matters.  The government is evaluating the evidence that has been obtained to determine whether sufficient evidence exists at this time to file additional charges and anticipates this process can be completed by the proposed hearing date of August 18, 2014.   The parties continue to engage in settlement discussions and believe it likely that by August 18, 2014

1

they will be in a position to either set a trial date or set the matter for a plea.

The parties stipulate to excludable time to August 18, 2014 and agree that the proposed continuance will allow a reasonable time for review of new materials and resolution of this matter. The parties request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  June 12, 2013        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Michael S. Frye_____
MICHAEL S. FRYE
Assistant United States Attorney

DATED: June 12, 2013


/s/ Michael R. McDonnell_____
MICHAEL R. McDONNELL
Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the status hearing in this matter is continued from June 16, 2014, to August 18, at 1:00 p.m. to allow the parties to attempt to resolve the case. The court finds that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

The parties are informed that **no further continuances will be granted.** If the parties are unable to reach an agreement that resolves the case prior to the next status conference date of August 18, 2014, they **shall** be prepared to select a mutually agreeable trial date before United States District

Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: **June 12, 2014**                    **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

3