| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO RIVERA, ET. AL.<br><br>Defendants. | **CASE NO. 1:13-CR-00354 LJO-SKO**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**<br><br>Date: February 3, 2020<br>Time: 1:00 p.m.<br>Honorable Sheila K. Oberto |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the status conference in this case from February 3, 2020, until April 13, 2020 at 1:00 p.m. This matter is trialing the criminal case in 1:19-cr-00162 LJO and the outcome of both cases are tied together.

Dated: January 30, 2020                MCGREGOR W. SCOTT
                                                             United States Attorney

                                                             /s/ *Kathleen A. Servatius*
                                                             KATHLEEN A. SERVATIUS
                                                             Assistant United States Attorney

Dated: January 30, 2020                /s/ *Michael McDonald*
                                                            Attorney for Defendant Julio Rivera

**ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from February 3, 2020, until April 20, 2020 at 1:00 p.m.

IT IS SO ORDERED.

Dated: **January 31, 2020**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE