MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00354 LJO-SKO |
|---|---|
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | |
| JULIO RIVERA, ET. AL. | Date: April 20, 2020 |
| Defendants. | Time: 1:00 p.m. |
| | Honorable Sheila K. Oberto |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the status conference in this case from April 20, 2020, until June 29, 2020 at 1:00 p.m. This matter is trialing the criminal case in 1:19-cr-00162 NONE and the outcome of both cases are tied together.

Dated: April 10, 2020                        MCGREGOR W. SCOTT
                                             United States Attorney

                                             /s/ *Kathleen A. Servatius*
                                             KATHLEEN A. SERVATIUS
                                             Assistant United States Attorney

Dated: April 10, 2020                        /s/ *Michael McDonald*
                                             Attorney for Defendant Julio Rivera

STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION

1

**ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from April 20, 2020, until June 29, 2020 at 1:00 p.m.

IT IS SO ORDERED.

Dated:     **April 14, 2020**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE