MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00354 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | |
| JULIO RIVERA, ET. AL. | Date: June 29, 2020 |
| Defendants. | Time: 1:00 p.m. Honorable Sheila K. Oberto |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the status conference in this case from June 29, 2020, until October 19, 2020 at 1:00 p.m. This matter is trialing the criminal case in 1:19-cr-00162 NONE and the outcome of both cases are tied together.

Dated: June 17, 2020

MCGREGOR W. SCOTT
United States Attorney

 /s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: June 17, 2020

 /s/ *Michael McDonald*
Attorney for Defendant Julio Rivera

STIPULATION TO CONTINUE STATUS CONFERENCE

1

**ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from June 29, 2020, until October 19, 2020 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE