MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIO RIVERA, ET. AL.

Defendants.

**CASE NO. 1:13-CR-00354 LJO-SKO**

**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**

Date: January 20, 2021
Time: 1:00 p.m.
Honorable Sheila K. Oberto

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, by and through his respective attorney of record, hereby stipulate to continue the status conference in this case from January 20, 2020 until March 17, 2021 at 1:00 p.m. This matter is trialing the criminal case in 1:19-cr-00162 NONE and the outcome of both cases are tied together.

Dated: January 13, 2021

MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: January 13, 2021

/s/ *James Homola*
Attorney for Defendant Julio Rivera

**ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from January 21, 2021, until March 17, 2021, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **January 13, 2021**

/s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE